Daniel T. Pascucci (SBN 166780)
dtpascucci@mintz.com
Eric J. Eastham (SBN 261048)
ejeastham@mintz.com
Justin S. Nahama (SBN 281087)
jsnahama@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  (858) 314-1500
Facsimile:   (858) 314-1501

Matthew C. Hurley (*admitted pro hac vice*)
mhurley@mintz.com
Brian P. Dunphy (*admitted pro hac vice*)
bdunphy@mintz.com
Sean Grammel (*admitted pro hac vice*)
smgrammel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZCO BIOTECH INC., a Nevada Corporation; and J. ADAMS, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>STEVEN GORDON, an individual; JINGYUE JU, an individual; JERZY OLEJNIK, an individual; and INTELLIGENT BIO-SYSTEMS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 3:12-cv-02599-BEN-DHB<br><br>**IBS's RULE 26(a)(3) DISCLOSURES**<br><br>The Honorable Roger Benitez<br><br>Complaint Filed:  October 24, 2012<br><br>Pretrial Conference: September 14, 2015<br>Conference Time: 10:30 am<br>Courtroom 5A |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), and the Court's July 13, 2015 Scheduling Order, IBS submits its pretrial disclosures as follows:

## I.  WITNESSES

Pursuant to F.R.C.P. 26(a)(3)(A)(i), IBS sets forth the following names and addresses of all prospective witnesses, except impeaching witnesses.  The witnesses whom IBS expects to present at trial are marked in bold font, and the witnesses IBS may call if the need arises are not marked in bold.  IBS reserves the right to call any witnesses listed by Plaintiffs.  IBS reserves the right to supplement or amend its witness list through and including the time of trial.

| **Name** | **Address and Telephone Number** |
| --- | --- |
| **Dr. Steven Gordon** | **25 Rolling Lane** <br> **Weston, MA 02593** <br> **781-354-3354** <br> *Please contact through counsel for IBS* |
| **Dr. Jerzy Olejnik** | **Intelligent Bio-Systems, Inc.** <br> **35 Gatehouse Drive** <br> **Waltham, MA 02451** <br> **617-466-8050** <br> *Please contact through counsel for IBS* |
| **Dr. Peter Urbitsch** | **QIAGEN GmbH** <br> **QIAGEN Strasse 1** <br> **40724 Hilden** <br> **011-49-02103-29-0** <br> *Please contact through counsel for IBS* |
| Dr. Bettina Haedrich <br> *By deposition* | QIAGEN GmbH <br> QIAGEN Strasse 1 <br> 40724 Hilden <br> 011-49-02103-29-0 <br> *Please contact through counsel for IBS* |

| | |
|---|---|
| Richard Randazzo *By deposition* | Information in possession of Azco |
| Marianne Varner | Information in possession of Azco |
| Teresa Sacramento | Information in possession of Azco |
| J Adams | Information in possession of Azco |
| Quanlai Song | Information in possession of Azco |

## II.  DESIGNATION OF DEPOSITION TESTIMONY

Pursuant to F.R.C.P. 26(a)(3)(A)(ii), IBS reserves the right to present the deposition testimony of Richard Randazzo and Bettina Haedrich.

## III.  EXHIBITS

Pursuant to F.R.C.P. 26(a)(3)(A)(iii), IBS lists the exhibits that it intends to use at trial, other than for impeachment.  IBS expects to offer all of these exhibits.  Where an exhibit is described as an email, the exhibit includes all attachments to that email.  IBS reserves the right to supplement or amend its exhibit list through and including the time of trial, and to utilize additional documents as necessary during cross examination.  IBS further reserves the right to use any admissions from pleadings, briefs, motions, discovery responses, other documents filed, and exhibits thereto.

| **Exhibit No.** | **Date Marked** | **Date Admitted** | **Description** |
|---|---|---|---|
| A | | | Email from Steve Gordon to J Adams on March 7, 2011, stamped AZCO-001805—1807 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| B | | | Email from Steve Gordon to J Adams, among others, on March 8, 2011, stamped AZCO-001801—1804 |
| C | | | Email from J Adams to Steve Gordon on March 9, 2011, stamped IBS_0000563—566 |
| D | | | Email from J Adams to Steve Gordon, among others, on March 11, 2011, with attachments, stamped IBS_0000543—553 |
| E | | | Email from Steve Gordon to J Adams and Jerzy Olejnik on March 16, 2011, stamped IBS_0001601—1605 |
| F | | | Email from Steve Gordon to J Adams, among others, on March 24, 2011, with attachment, stamped IBS_0001583—1589 |
| G | | | Redline of Term Sheet with Steve Gordon's changes, stamped AZCO-000374—378 |
| H | | | Email from J Adams to Steve Gordon, among others, on March 25, 2011, stamped IBS_0000513 |

3

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| I | | | Email from Steve Gordon to Teresa Sacramento on May 25, 2011, stamped IBS_0003540 |
| J | | | Email from J Adams to Steve Gordon on June 8, 2011, stamped IBS_0000153—156 |
| K | | | Email from Steve Gordon to J Adams on July 18, 2011, with attachment, stamped IBS_0008862—8886 |
| L | | | Email from J Adams to Steve Gordon on July 23, 2011, stamped IBS_0007012—7015 |
| M | | | Email from J Adams to Jerzy Olejnik on July 29, 2011, with attachment, stamped IBS_0010575—578 |
| N | | | Email from Steve Gordon to Julia Karow on August 3, 2011, stamped IBS_0008817—8818 |
| O | | | August 17, 2011 Purchase Order from Theragen to Azco for one Max-Seq Genome Sequencer, stamped IBS_0006832—6833 |

4

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| P | | | August 26, 2011 Purchase Order from Azco Biotech to IBS for one Max-Seq Genome Sequencer, stamped IBS_0006863 |
| Q | | | August 26, 2011 Invoice from IBS to Azco for 50% down payment for the Max Seq, stamped IBS_0006866 |
| R | | | Email from J Adams to Steve Gordon and Richard Randazzo on September 21, 2011, stamped IBS_0006739—6740 |
| S | | | Email from J Adams to Steve Gordon, among others, on October 17, 2011, with attachment, stamped IBS_0017339—17340 |
| T | | | Email from J Adams to Steve Gordon and Richard Randazzo on December 16, 2011, with attachment stamped IBS_0006076—6109 |

5

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| U | | | Email from J Adams to Steve Gordon on December 28, 2011, stamped IBS_0006012—6014 |
| V | | | Email from Steve Gordon to Jerzy Olejnik on December 30, 2011, stamped IBS_0001887—1889 |
| W | | | January 19, 2012 Invoice for Final Payment, stamped AZCO-000132 |
| X | | | January 27, 2012 Quotation from IBS to the University of New Mexico for an early access MINI sequencing instrument, stamped IBS_0018182—18184 |
| Y | | | January 30, 2012 purchase order from the University of New Mexico to IBS for an early access MINI sequencing instrument, stamped IBS_0018185—18191 |
| Z | | | Email from Rich Randazzo to Steve Gordon on February 2, 2012, stamped IBS_0014443 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| AA | | | Email from Steve Gordon to J Adams on February 6, 2012, stamped IBS_0008083—8102 |
| AB | | | Email from Jerzy Olejnik to Steve Gordon on March 2, 2012, with attachment, stamped IBS_0005540—5543 |
| AC | | | Email from J Adams to Steve Gordon, among others, on March 3, 2012, with attachment, stamped IBS_0000876—897 |
| AD | | | Email from J Adams to Steve Gordon, among others, on March 20, 2012, with attachment, stamped IBS_0005475—5477 |
| AE | | | Presentation given by Steve Gordon at the ABRF Conference on March 23, 2012, produced natively as IBS_0011290 and previously marked as Azco's Summary Judgment Exhibit 22 |
| AF | | | Email from Bernadette Toner to Steve Gordon on March 26, 2012, stamped IBS_0014147 |

7

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| AG | | | March 27, 2012 article by Bernadette Toner about the ABRF Conference, previously marked as part of Azco's Summary Judgment Exhibit 57 |
| AH | | | Email from Austen Heinz to Steve Gordon and J Adams on April 4, 2012, with attachment, stamped IBS_0005198—5200 |
| AI | | | Email from Marianne Varner to Teresa Sacramento on April 23, 2012, stamped AZCO-000268—272 |
| AJ | | | Email from Teresa Sacramento to Steve Gordon, among others, on April 23, 2012, with attachment, stamped IBS_0005107—5108 |
| AK | | | April 26, 2012 Invoice from IBS to Azco for down payment, stamped AZCO-001180 |
| AL | | | Email from Steve Gordon to J Adams and Jerzy Olejnik on May 18, 2012, stamped AZCO-000695—696 |

8

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| AM | | | Email from J Adams to Steve Gordon and Richard Randazzo on June 18, 2012, with attachment, stamped IBS_0004544—4547 |
| AN | | | Email from Richard Randazzo to Jerzy Olejnik on June 19, 2012, stamped IBS_0010284 |
| AO | | | Email from Steve Gordon to J Adams on June 19, 2012, stamped AZCO-000688—689 |
| AP | | | Email from Dirk Loeffert to Steve Gordon, among others, on July 13, 2012, stamped IBS_0007309 |
| AQ | | | Email from J Adams to Steve Gordon, among others, on July 17, 2012, stamped IBS_0007290—7291 |
| AR | | | Email from Dirk Loeffert to Steve Gordon and Bettina Haedrich on July 18, 2012, stamped IBS_0007285—7287 |

9

| Exhibit No. | Date Marked | Date Admitted | Description |
| --- | --- | --- | --- |
| AS | | | Email from J Adams to Steve Gordon, among others, on July 26, 2012, stamped IBS_0007268—7269 |
| AT | | | Email from Steven Gordon to J Adams on July 26, 2012, with attachment, stamped IBS_0017471—17472 |
| AU | | | Email from J Adams to Steve Gordon, among others, on July 27, 2012, stamped IBS_0007237—7238 |
| AV | | | Email from Steve Gordon to J Adams, among others, on August 16, 2012, stamped AZCO-000607—620 |
| AW | | | Purchase Order from Azco to IBS for MINI-20, with handwritten notes dated September 7, 2012, stamped AZCO-000310 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| AX | | | Azco's October 30, 2012 Cross-Complaint in *Azco Biotech Inc. v. Kollmorgen Corp.*, Case No. 37-2012-00057297 (San Diego Superior Court) |
| AY | | | Email from J Adams to Jong Bhak, Austin Heinz, and Thomas David Kumar on December 7, 2012, stamped AZCO-000879 |
| AZ | | | Email from J Adams to Steve Gordon, among others, on December 7, 2012, stamped AZCO-000396 |
| BA | | | Email from Steve Gordon to J Adams, among others, on December 10, 2012, stamped AZCO-000386 |
| BB | | | Email from Rick Kamps to Azco on November 11, 2013, stamped AZCO-001823 |
| BC | | | Email from Banyai Krisztian to Azco on November 20, 2013, stamped AZCO-001824 |

11

IBS'S 26(A)(3) DISCLOSURES                                                3:12-CV-02599-BEN-DHB

| Exhibit No. | Date Marked | Date Admitted | Description |
| --- | --- | --- | --- |
| BD | | | Email from Moore Greens to J Adams on December 18, 2013, stamped AZCO-001825—1826 |
| BE | | | Email from Amir Samadi to Azco on March 4, 2014, stamped AZCO-001829 |
| BF | | | Email from J Adams to Steve Gordon on March 11, 2014, stamped AZCO-001830 |
| BG | | | Email from J Adams to Steve Gordon on April 17, 2014, stamped AZCO-001827 |
| BH | | | Email from Mohannad Yacoub to Azco on May 4, 2014, stamped AZCO-001828. |
| BI | | | Email from J Adams to Steve Gordon on September 2, 2014, forwarding contact from customer asking about IBS products via Azco's website (not produced) |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| BJ | | | December 1, 2014 screenshot of the Max-Seq Genome Sequencer on Azco's website, previously marked as IBS's Summary Judgment Exhibit 22 |
| BK | | | December 1, 2014 screenshot of the MINI-20 DNA Sequencer on Azco's website, previously marked as IBS's Summary Judgment Exhibit 23 |
| BL | | | Azco Biotech Inc. Profit & Loss by Class, January through December 2009, stamped AZCO-001861—001864 |
| BM | | | Azco Biotech Inc. Profit & Loss by Class, January through December 2010, stamped AZCO-001850—001852 |
| BN | | | Plaintiffs' Response to Defendants' First Request for Production of Documents and Electronically Stored Information |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| BO | | | Plaintiffs Azco and J Adams' Responses to Defendants' Second Request for Production of Documents and Electronically Stored Information |
| BP | | | Plaintiffs Azco and J Adams' Responses to Defendants' First Set of Interrogatories (Nos. 1-15) |
| BQ | | | Plaintiffs Azco and J Adams' Responses to Defendants' First Set of Requests for Admission |
| BR | | | Deposition Transcript of J Adams |
| BS | | | Deposition Transcript of Marianne Varner |
| BT | | | Deposition Transcript of Teresa Sacramento |
| BU | | | Deposition Transcript of Brian Buss |
| BV | | | Deposition Transcript of Quanlai Song |

14

| | | |
|---|---|---|
| Dated: August 17, 2015 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC |

By *s/Justin S. Nahama*
   Justin S. Nahama, Esq.

Matthew C. Hurley (*pro hac vice*)
Brian P. Dunphy (*pro hac vice*)
Sean Grammel (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Email: dtpascucci@mintz.com
       jsnahama@mintz.com
       mhurley@mintz.com
       bdunphy@mintz.com
       smgrammel@mintz.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On August 17, 2015, I filed a copy of the following document(s):

**IBS's RULE 26(a)(3) DISCLOSURES**

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brian Dunphy | bdunphy@mintz.com |
| Daniel Thomas Pascucci | dpascucci@mintz.com, Docketing@mintz.com, kjenckes@mintz.com |
| Eric J. Eastham | ejeastham@mintz.com, docketing@mintz.com, jsnahama@mintz.com, kasteinbrenner@mintz.com, kjenckes@mintz.com |
| Justin S. Nahama | JSNahama@mintz.com, docketing@mintz.com, KASteinbrenner@mintz.com |
| Maria C Severson | mseverson@amslawyers.com, mbyrnes@amslawyers.com |
| Mark C. Mazzarella | mmazzarella@mazzlorenz.com, daral@mazzarellalaw.com, lsanders@mazzlawgroup.com, pam@mazzarellalaw.com |
| Matthew C. Hurley | MCHurley@mintz.com |
| Michael J Aguirre | maguirre@amslawyers.com, mbyrnes@amslawyers.com |
| Sean Grammel | smgrammel@mintz.com |

Executed on August 17, 2015, at San Diego, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*s/Justin Nahama*
Justin Nahama