FILED
DEC 11 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZCO BIOTECH INC., a Nevada Corporation; and J. ADAMS, an individual,<br><br>                      Plaintiffs,<br><br>v.<br><br>INTELLIGENT BIO-SYSTEMS, INC., a Delaware Corporation,<br><br>                      Defendants.<br><br>INTELLIGENT BIO-SYSTEMS, INC.,<br><br>                      Counter Claimant,<br><br>v.<br><br>AZCO BIOTECH INC.,<br><br>                      Counter Defendant. | Case No. 12-cv-2599-BEN (DHB)<br><br>**IBS'S TRIAL EXHIBIT LIST** |

# EXHIBITS

*Azco Biotech Inc. v. Intelligent Bio-Systems, Inc.*, Case No. 12-cv-2599

List of Defendant's Exhibits A through BV

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| A | 12-8-15 | 12-8-15 | Email from Steve Gordon to J Adams on March 7, 2011, stamped AZCO-001805—1807 |
| B | 12-8-15 | 12-8-15 | Email from Steve Gordon to J Adams, among others, on March 8, 2011, stamped AZCO-001801—1804 |
| C | | | Email from J Adams to Steve Gordon on March 9, 2011, stamped IBS_0000563—566 |
| D | 12-8-15 | 12-8-15 | Email from J Adams to Steve Gordon, among others, on March 11, 2011, with attachments, stamped IBS_0000543—553 |
| E | 12-9-15 | 12-9-15 | Email from Steve Gordon to J Adams and Jerzy Olejnik on March 16, 2011, stamped IBS_0001601—1605 |
| F | 12-9-15 | 12-9-15 | Email from Steve Gordon to J Adams, among others, on March 24, 2011, with attachment, stamped IBS_0001583—1589 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| G | 12-9-15 | 12-9-15 | Redline of Term Sheet with Steve Gordon's changes, stamped AZCO-000374—378 |
| H | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon, among others, on March 25, 2011, stamped IBS_0000513 |
| I | 12-9-15 | 12-9-15 | Email from Steve Gordon to Teresa Sacramento on May 25, 2011, stamped IBS_0003540 |
| J | | | Email from J Adams to Steve Gordon on June 8, 2011, stamped IBS_0000153—156 |
| K | 12-8-15 | 12-8-15 | Email from Steve Gordon to J Adams on July 18, 2011, with attachment, stamped IBS_0008862—8886 |
| L | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon on July 23, 2011, stamped IBS_0007012—7015 |
| M | | | Email from J Adams to Jerzy Olejnik on July 29, 2011, with attachment, stamped IBS_0010575—578 |

| Exhibit No. | Date Marked | Date Admitted | Description |
| --- | --- | --- | --- |
| N | | | Email from Steve Gordon to Julia Karow on August 3, 2011, stamped IBS_0008817—8818 |
| O | | | August 17, 2011 Purchase Order from Theragen to Azco for one Max-Seq Genome Sequencer, stamped IBS_0006832—6833 |
| P | 12-8-15 | 12-8-15 | August 26, 2011 Purchase Order from Azco Biotech to IBS for one Max-Seq Genome Sequencer, stamped IBS_0006863 |
| Q | 12-8-15 | 12-8-15 | August 26, 2011 Invoice from IBS to Azco for 50% down payment for the Max Seq, stamped IBS_0006866 |
| R | | | Email from J Adams to Steve Gordon and Richard Randazzo on September 21, 2011, stamped IBS_0006739—6740 |
| S | | | Email from J Adams to Steve Gordon, among others, on October 17, 2011, with attachment, stamped IBS_0017339—17340 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon and Richard Randazzo on December 16, 2011, with attachment, stamped IBS_0006076—6109 |
| U | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon on December 28, 2011, stamped IBS_0006012—6014 |
| V | | | Email from Steve Gordon to Jerzy Olejnik on December 30, 2011, stamped IBS_0001887—1889 |
| W | 12-9-15 | 12-9-15 | January 19, 2012 Invoice for Final Payment, stamped AZCO-000132 |
| X | | | January 27, 2012 Quotation from IBS to the University of New Mexico for an early access MINI sequencing instrument, stamped IBS_0018182—18184 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| Y | 12-9-15 | 12-9-15 | January 30, 2012 purchase order from the University of New Mexico to IBS for an early access MINI sequencing instrument, stamped IBS_0018185—18191 |
| Z | | | Email from Rich Randazzo to Steve Gordon on February 2, 2012, stamped IBS_0014443 |
| AA | 12-9-15 | 12-9-15 | Email from Steve Gordon to J Adams on February 6, 2012, stamped IBS_0008083—8102 |
| AB | 12-8-15 | 12-8-15 | Email from Jerzy Olejnik to Steve Gordon on March 2, 2012, with attachment, stamped IBS_0005540—5543 |
| AC | | | Email from J Adams to Steve Gordon, among others, on March 3, 2012, with attachment, stamped IBS_0000876—897 |
| AD | | | Email from J Adams to Steve Gordon, among others, on March 20, 2012, with attachment, stamped IBS_0005475—5477 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| AE | | | Presentation given by Steve Gordon at the ABRF Conference on March 23, 2012, produced natively as IBS_0011290 and previously marked as Azco's Summary Judgment Exhibit 22 |
| AF | | | Email from Bernadette Toner to Steve Gordon on March 26, 2012, stamped IBS_0014147 |
| AG | | | March 27, 2012 article by Bernadette Toner about the ABRF Conference, previously marked as part of Azco's Summary Judgment Exhibit 57 |
| AH | | | Email from Austen Heinz to Steve Gordon and J Adams on April 4, 2012, with attachment, stamped IBS_0005198—5200 |
| AI | | | Email from Marianne Varner to Teresa Sacramento on April 23, 2012, stamped AZCO-000268—272 |

26
IBS'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW         3:12-CV-02599-BEN-DHB

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| AJ | | | Email from Teresa Sacramento to Steve Gordon, among others, on April 23, 2012, with attachment, stamped IBS_0005107—5108 |
| AK | | | April 26, 2012 Invoice from IBS to Azco for down payment, stamped AZCO-001180 |
| AL | | | Email from Steve Gordon to J Adams and Jerzy Olejnik on May 18, 2012, stamped AZCO-000695—696 |
| AM | | | Email from J Adams to Steve Gordon and Richard Randazzo on June 18, 2012, with attachment, stamped IBS_0004544—4547 |
| AN | | | Email from Richard Randazzo to Jerzy Olejnik on June 19, 2012, stamped IBS_0010284 |
| AO | | | Email from Steve Gordon to J Adams on June 19, 2012, stamped AZCO-000688—689 |

| | **Exhibit No.** | **Date Marked** | **Date Admitted** | **Description** |
|---|---|---|---|---|
| 1 | | | | |
| 2-5 | AP | | | Email from Dirk Loeffert to Steve Gordon, among others, on July 13, 2012, stamped IBS_0007309 |
| 6-10 | AQ | | | Email from J Adams to Steve Gordon, among others, on July 17, 2012, stamped IBS_0007290—7291 |
| 11-14 | AR | | | Email from Dirk Loeffert to Steve Gordon and Bettina Haedrich on July 18, 2012, stamped IBS_0007285—7287 |
| 15-18 | AS | | | Email from J Adams to Steve Gordon, among others, on July 26, 2012, stamped IBS_0007268—7269 |
| 19-22 | AT | | | Email from Steven Gordon to J Adams on July 26, 2012, with attachment, stamped IBS_0017471—17472 |
| 23-27 | AU | | | Email from J Adams to Steve Gordon, among others, on July 27, 2012, stamped IBS_0007237—7238 |

| Exhibit No. | Date Marked | Date Admitted | Description |
| --- | --- | --- | --- |
| AV | | | Email from Steve Gordon to J Adams, among others, on August 16, 2012, stamped AZCO-000607—620 |
| AW | | | Purchase Order from Azco to IBS for MINI-20, with handwritten notes dated September 7, 2012, stamped AZCO-000310 |
| AX | | | Azco's October 30, 2012 Cross-Complaint in *Azco Biotech Inc. v. Kollmorgen Corp.*, Case No. 37-2012-00057297 (San Diego Superior Court) |
| AY | | | Email from J Adams to Jong Bhak, Austin Heinz, and Thomas David Kumar on December 7, 2012, stamped AZCO-000879 |
| AZ | | | Email from J Adams to Steve Gordon, among others, on December 7, 2012, stamped AZCO-000396 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| BA | 12-9-15 | 12-9-15 | Email from Steve Gordon to J Adams, among others, on December 10, 2012, stamped AZCO-000386 |
| BB | | | Email from Rick Kamps to Azco on November 11, 2013, stamped AZCO-001823 |
| BC | | | Email from Banyai Krisztian to Azco on November 20, 2013, stamped AZCO-001824 |
| BD | | | Email from Moore Greens to J Adams on December 18, 2013, stamped AZCO-001825—1826 |
| BE | | | Email from Amir Samadi to Azco on March 4, 2014, stamped AZCO-001829 |
| BF | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon on March 11, 2014, stamped AZCO-001830 |
| BG | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon on April 17, 2014, stamped AZCO-001827 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| BH | | | Email from Mohannad Yacoub to Azco on May 4, 2014, stamped AZCO-001828. |
| BI | 12-9-15 | 12-9-15 | Email from J Adams to Steve Gordon on September 2, 2014, forwarding contact from customer asking about IBS products via Azco's website (not produced) |
| BJ | | | December 1, 2014 screenshot of the Max-Seq Genome Sequencer on Azco's website, previously marked as IBS's Summary Judgment Exhibit 22 |
| BK | | | December 1, 2014 screenshot of the MINI-20 DNA Sequencer on Azco's website, previously marked as IBS's Summary Judgment Exhibit 23 |
| BL | | | Azco Biotech Inc. Profit & Loss by Class, January through December 2009, stamped AZCO-001861—001864 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| BM | | | Azco Biotech Inc. Profit & Loss by Class, January through December 2010, stamped AZCO-001850—001852 |
| BN | | | Plaintiffs' Response to Defendants' First Request for Production of Documents and Electronically Stored Information |
| BO | | | Plaintiffs Azco and J Adams' Responses to Defendants' Second Request for Production of Documents and Electronically Stored Information |
| BP | | | Plaintiffs Azco and J Adams' Responses to Defendants' First Set of Interrogatories (Nos. 1-15) |
| BQ | | | Plaintiffs Azco and J Adams' Responses to Defendants' First Set of Requests for Admission |
| BR | | | Deposition Transcript of J Adams |
| BS | | | Deposition Transcript of Marianne Varner |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| BT | | | Deposition Transcript of Teresa Sacramento |
| BU | | | Deposition Transcript of Brian Buss |
| BV | | | Deposition Transcript of Quanlai Song |
| BW | 12-9-15 | | |