1

2

3

4

5

6

7

FILED

DEC 1 1 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

8       UNITED STATES DISTRICT COURT

9       SOUTHERN DISTRICT OF CALIFORNIA

10  AZCO BIOTECH INC., a Nevada          Case No. 12-cv-2599-BEN (DHB)
    Corporation; and J. ADAMS, an
11  individual,

12                        Plaintiffs,    **PLAINTIFFS' EXHIBITS**

13      v.

14  QIAGEN, N.V., a Netherlands
    holding company; STEVEN
15  GORDON, an individual; JINGYUE
    JU, an individual; JERZY OLEJNIK,
16  an individual; and INTELLIGENT
    BIO-SYSTEMS, INC., a Delaware
17  Corporation; and Does 1-50,
    inclusive,
18
                        Defendants.
19
    INTELLIGENT BIO-SYSTEMS,
20  INC.,

21                   Counter Claimant,

22      v.

23  AZCO BIOTECH INC.,

24               Counter Defendant.

25

26

27

28

PLAINTIFFS' EXHIBITS                                CASE NO. 12-CV-2599-BEN (DHB)

# PLAINITFFS' EXHIBITS

### A.   Plaintiffs' Exhibits

### (a)   Intended to Offer at Trial

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | WITHDRAWN | | |
| 2 | Jeremy Edwards' deposition excerpts 13 October 2014 | | |
| 3 | Steven Gordon's deposition taken on 18 September 2014 | | |
| 4 | Evan Guggenheim's deposition taken on 17 September 2014 | | |
| 5 | WITHDRAWN | | |
| 6 | WITHDRAWN | | |
| 7 | Jerzy Olejnik deposition taken on 16 September 2014 | | |
| 8 | Jennifer Iozza's deposition taken on 17 September 2014 | | |
| 9 | Bernadette Toner's sworn statement taken on 14 October 2014 | | |
| 10-15 | WITHDRAWN | | |
| 16 | 18 July 2011 email Jerzy Olejnik to Steven Gordon, with attached 13 July 2011 Summary Statement (Deposition Exhibit 41) | 12-9-15 | 12-9-15 |
| 17 | 27 July 2011 email Jerzy Olejnik to Steven Gordon, with attachment, and J Adams' 29 July 2011 letter to Jerzy Olejnik (Deposition Exhibits 40-43). | 12-8-15 | 12-8-15 |
| 18 | July-August 2011 email Julia Karow to Steven Gordon | | |
| 19 | 9 August 2011 "In Sequence" article written by Julia Karow (Deposition Exhibit 140 and 115). | | |
| 20 | 10 August 2011 email from Steve Gordon to Jingyue Ju and Peter Golikov (Deposition Exhibit 94) | 12-8-15 | |

1

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
|  | including the 9 August 2011 In Sequence article |  |  |
| 21 | IBS' Board of Directors minutes meeting for 9 March 2011, 24 March 2011, 11 April 2011, 24 May 2011, 3 June 2011, 28 September 2011, and 18 January 2012 | 12-8-15 | 12-8-15 |
| 22-23 | WITHDRAWN |  |  |
| 24 | IBS' 18 January 2012 Board of Director's Meeting powerpoint slides produced by Columbia University (Deposition Exhibit 98) |  |  |
| 25 | 17 February 2012 email Steve Gordon to Bettina Haedrich (Deposition Exhibit 96) |  |  |
| 26 | WITHDRAWN |  |  |
| 27 | 26 March 2012 email Bernadette Toner to Steve Gordon and a 27 March 2012 Genomeweb article written by Bernadette Toner (Deposition Exhibit 142) |  |  |
| 28-30 | WITHDRAWN |  |  |
| 31 | 30 May-11 June 2012 "Generally, I cannot recommend that we consider keeping Azco, as my experience is that they do not convey a high-quality, professional organization" email Steve Gordon and Bettina Haedrich, (Deposition Ex. 118) | 12-8-15 | 12-9-15 |
| 32 | WITHDRAWN |  |  |
| 33 | 20 June 2012 and 21 June 2012 email Steven Gordon and Qiagen executive Dirk Loeffert (Deposition Exs. 119, 120) | 12-9-15 | 12-9-15 |
| 34 | 22 June 2012 email "Discussion with Azco" Steve Gordon and Qiagen executive Dirk Loeffert (Deposition Ex. 126) | 12-9-15 | 12-9-15 |

2

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|-----|-------------|---------|----------|
| 35 | 25-26 June 2012 email "press release" Steve Gordon and J. Adams (Deposition Ex. 121) | 12-9-15 | 12-9-15 |
| 36 | WITHDRAWN | | |
| 37 | 20 July 2011 letter Gordon to Golikov (Deposition Ex. 97) and Max -Seq brochure referenced | 12-9-15 | 12-9-15 |
| 38 | 7 March 2011 email J Adams to Gordon (IBS_559) | 12-8-15 | 12-8-15 |
| 39 | 11 March 2011 email Adams-Gordon with attached Term Sheet: "Once this term sheet is agreed to by the parties, Azco will begin moving forward" (Deposition Exhibit 81) | | |
| 40 | 21 March 2011 email "if we move too slowly we will miss any remaining market opportunity for 2nd generation sequencing." (Deposition Exhibit 48) (IBS_1583-89) | 12-8-15 | 12-8-15 |
| 41 | AACR April 2011 booth reservation receipt, cardholder J Adams | 12-8-15 | 12-8-15 |
| 42 | 25 March 2011 email J Adams-Steve Gordon "we agree with the terms you have presented." (IBS_3337) | 12-8-15 | 12-8-15 |
| 43-44 | WITHDRAWN | | |
| 45 | 11 April 2011 email Azco sales manager Rich Randazzo-Steven Gordon "We had about 15 good leads." (IBS_498) | 12-8-15 | 12-8-15 |
| 46 | WITHDRAWN | | |
| 47 | 2011 ASHG website page promoting the conference | | |
| 48 | 22 September 2011 email Gordon-Azco's sales manager Rich Randazzo "Yes, we think we can put together a shell Max-Seq for the ASHG show for October 11. | 12-8-15 | 12-8-15 |
| 49 | 28 September 2011 email J Adams-Gordon "booth graphics I have | 12-8-15 | 12-8-15 |

3

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|-----|-------------|---------|----------|
|     | designed for the ASHG show." | | |
| 50 | 29 January 2012 email J Adams-Gordon and Azco sales team about the installation of the Korea PGI unit and the interest in the second IBS instrument that would later be named the Mini-20 | 12-8-15 | 12-8-15 |
| 51 | 3 November 2011 email Gordon-J Adams "Wanna do anything special at ABRF...looks like we will need to cough up $'s if we wanna do this." | 12-9-15 | 12-9-15 |
| 52 | Itinerary of speakers at the ABRF Conference | | |
| 53 | Azco's invoice and check making payment for the booth to launch the Mini-20 (Deposition Exhibit 100) | 12-8-15 | 12-8-15 |
| 54 | 1 March 2012 email J Adams-Gordon "Sequencing with a twist" Powerpoint slides. 2 March 2012 email J Adams-Gordon where J Adams coined the term "Mini-20" | 12-8-15 | 12-8-15 |
| 55 | 17-20 March 2012 email J Adams-Gordon attaching brochures to be used at the ABRF conference in Orlando, Florida (IBS_876) | 12-8-15 | 12-8-15 |
| 56 | 3 March 2012 through 5 March 2012 email IBS-Azco team for "leverage prior communications" in the industry publications | | |
| 57 | Powerpoint presentation Gordon gave at ABRF launching the Mini-20 | 12-8-15 | 12-8-15 |
| 58 | Email including "Tweets" on the social media app "Twitter" about the Mini-20 during Gordon's presentation at the ABRF conference. | | |
| 59 | 20 March 2012 email J Adams-IBS-Azco team with a list of leads from the ABRF show. | 12-8-15 | 12-8-15 |
| 60 | April 2012 brochures J Adams drafted to promote the Mini-20.  (IBS_16538; IBS_21241) | 12-8-15 | 12-8-15 |

4

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 61 | 19 April through 23 April 2012 emails from J Adams related to an order of a Mini-20 from IBS | 12-8-15 | 12-8-15 |
| 62 | WITHDRAWN | | |
| 63 | 5 March 2012 email Adams to Gordon, Olejnik "asking our whole team for ideas..." (IBS_3507-09) | 12-8-15 | 12-8-15 |
| 64 | WITHDRAWN | | |
| 65 | 27 March 2012 genomeweb In Sequence article entitled "IBS Plans Q4 Shipment of Targeted Sequencing System that Runs 20 Samples in Parallel." (Deposition Exhibit 142) | | |
| 66 | 11 March 2011 email J Adams-Gordon "Thank you for visiting us yesterday....I have 'roughed' out a term sheet for your review" (IBS_543) | | |
| 67-68 | WITHDRAWN | | |
| 69 | 24 June 2011 email J Adams-IBS Gordon & Jerzey attaching J Adams' marketing plan (IBS_1333-39) | 12-8-15 | 12-8-15 |
| 70-71 | WITHDRAWN | | |
| 72 | Termination letter from IBS to Azco (AZCO_196) | 12-8-15 | 12-8-15 |
| 73-112 | 2 September 2003 Revision 1.0 by Company/LC (IBS_16539-61) | | |
| 113 | List of Expenses Related to IBS ($935,000) (AZCO_390) | | |
| 114-127 | Cost of Capital / Discount Rate Inputs | | |
| 128 | WITHDRAWN | | |
| 129 | Richard Randazzo deposition excerpts July 29, 2014 | | |
| 89 | | 12-9-15 | 12-9-15 |
| 130 | 4-1-12 email Gordon to ulbitsch IBS-7545 | 12-10-15 | 12-10-15 |
| 131 | | 12-10-15 | |