MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| AZCO BIOTECH, INC. | | VS | QIAGEN, N.V. | |
|---|---|---|---|---|
| Case Number: 12CV2599-BEN(DHB) | | **WITNESS LIST** | Type of Hearing: JURY TRIAL | |

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| December 8, 2015 | X | | J ADAMS |
| December 9, 2015 | X | | J ADAMS |
| December 9, 2015 | X | | STEVEN GORDON |
| December 10, 2015 | X | | STEVEN GORDON |
| December 10, 2015 | X | | BERNADETTE TONER (VIA DEPOSITION TRANSCRIPT) |
| December 10, 2015 | X | | JERZY OLEJNIK |