MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AZCO BIOTECH, INC. ET AL     VS     QIAGEN, N.V. ET AL

Case Number: 12CV2599-BEN     EXHIBIT LIST     Jury Trial

Plaintiff ___  Defendant ___  X  Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 12-11-2015 | 12-11-2015 | NOTE #1 FROM JURY – VERDICT REACHED |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |